# IN THE SUPREME COURT OF THE STATE OF NEVADA

JULIUS BRADFORD,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 84668

FILED

SEP 26 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to correct and/or modify sentence. Eighth Judicial District Court, Clark County; Monica Trujillo, Judge. Appellant has filed a motion to voluntarily dismiss this appeal. Cause appearing, the motion is granted. This appeal is dismissed.

It is so ORDERED.

_____, J.
Silver

_____, J.            _____, J.
Cadish                              Pickering

cc:    Hon. Monica Trujillo, District Judge
       Julius Bradford
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

22-30063